USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
-against-                         :       25-CR-276 (VEC)
:
CHRISTIAN IRIZARRY,                     :       ORDER
                         Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 17, 2025, Mr. Irizarry waived indictment and pled guilty to Count One of the Information.

IT IS HEREBY ORDERED that Mr. Irizarry's sentencing is scheduled for October 8, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that sentencing submissions must be filed by no later than September 24, 2025.

**SO ORDERED.**

Date:  **June 17, 2025**                              _____
       **New York, NY**                                       **VALERIE CAPRONI**
                                                       **United States District Judge**