**MEMO ENDORSED**

WALL-WOLFF LLC
20 VESEY STREET, SUITE 400
NEW YORK, N.Y. 10007
_____

TEL. (212) 920-0257
mwallwolff@wallwolff.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025
```

September 24, 2025

<u>VIA ECF</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christian Irizarry*, 20 Cr. 127, 25 Cr. 276

Dear Judge Caproni:

    I represent Christian Irizarry in the above-captioned case. In accordance with Rule 3 of the Court's Individual Practices, I respectfully request that Exhibit A to Mr. Irizarry's sentencing memorandum, the forensic psychological report, be filed under seal because it contains sensitive medical and psychological information. I also request that I be permitted to redact the home addresses and personal telephone numbers of certain of Mr. Irizarry's friends and family who have submitted letters on his behalf. I have spoken with the government and they have no objection to this request.

    Thank you very much for your consideration.

Respectfully submitted,

/s/_____
Megan Wall-Wolff

*Attorney for Christian Irizarry*

---

Application GRANTED.

SO ORDERED.        9/25/2025

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE